# Third District Court of Appeal

## State of Florida

Opinion filed October 24, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1818
Lower Tribunal No. 18-13373
_____

## Victor May,
Appellant,

vs.

## Sandra Novoa, et al.,
Appellees.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Victor May, in proper person.

Weiss Serota Helfman Cole & Bierman, P.L., and Laura K. Wendell, Eric P. Hockman, and Richard B. Rosengarten; Abigail Price-Williams, County Attorney, and Oren Rosenthal, Assistant County Attorney, for appellees.

Before ROTHENBERG, C.J., and SALTER, and LINDSEY, JJ.

PER CURIAM.

Upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).  See Soro v. Soro, 145 So. 3d 183 (Fla. 3d DCA 2014); Fla. Detroit Diesel v. Nathai, 28 So. 3d 182 (Fla. 1st DCA 2010) ("We conclude that the appellants' initial brief fails to demonstrate a preliminary basis for reversal and we therefore summarily affirm the order without the need for an answer brief.").

Affirmed.